▆▆▆ In the Matter of ALFRED HESS, Appellant, v BRIDGETTE FLINT, Respondent. [773 NYS2d 701]—Appeal from an order of the Family Court, Wyoming County (Michael F. Griffith, J.), entered October 9, 2002. The order held respondent in contempt of a prior order and modified a prior visitation order.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: The order appealed from is based upon a stipulation entered into by the parties and placed on the record in open court, "and no appeal lies from an order entered upon consent" (*Matter of Desmond S.*, 285 AD2d 994, 994 [2001], *lv dismissed* 97 NY2d 693 [2002]; *see Matter of Culton v Culton*, 2 AD3d 1446 [2003]; *Matter of Misti Z.*, 300 AD2d 1147 [2002]; *Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]). Present—Pine, J.P., Wisner, Scudder, Kehoe and Lawton, JJ.